UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO (SAN JUAN)

Civil Action
No: **3:18-1674-WGY**

**GASTRONOMICAL WORKERS UNION et al**
**Plaintiff**

v.

**HOTEL MELIA, INC.**
**Defendant**

# JUDGMENT

Having considered the Stipulation of Dismissal (**d.e. 12**) filed on February 20, 2018, which is ADOPTED, JUDGMENT is hereby entered DISMISSING the action WITH PREJUDICE.

SO ORDERED AND ADJUDGED.

At Boston, Massachusetts, on March 13, 2019.


 /s/ **William G. Young**
**United States District Judge**